# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

LISA RYAN MURPHY                                                                           PLAINTIFF
ADC #760343

V.                              NO: 1:15CV00132 JM/PSH

JIMMY BANKS *et al*                                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Lisa Ryan Murphy, an inmate at the Arkansas Department of Correction's McPherson Unit, filed a *pro se* complaint, along with an application for leave to proceed *in forma pauperis*, on December 21, 2015.

Because plaintiff's complaint should be dismissed without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), her application for leave to proceed *in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in*

*forma pauperis* if she has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that plaintiff has had more than three prior civil actions dismissed for failure to state a claim upon which relief may be granted. *See Murphy v. Faust et al*, ED/AR No. 1:14CV000127; *Murphy v. Fisk et al*, ED/AR No. 1:15CV00050; *Murphy v. Culclager et al,* ED/AR No. 1:15CV00027; *Murphy v. Robinson et al*, ED/AR No. 1:15CV00047. Plaintiff's three strike status has been previously recognized. *See Murphy v. Banks et al*, ED/AR No. 1:15CV00116; *Murphy v. Lassiter et al*, ED/AR No. 1:15CV00124.

The Court additionally finds, based on the allegations contained in plaintiff's present complaint, that she is not in imminent danger of serious physical injury. Specifically, plaintiff asserts that defendant Major Culclager asked her to assault another inmate, which plaintiff decided to not do, electing instead to report Culclager. Plaintiff further asserts Culclager attempted to influence officials supervising a voice stress test administered to plaintiff, but concedes she passed the test anyway. Although plaintiff has alleged that she has received threats from unnamed officers and inmates, her vague allegations cannot support a conclusion that she is in imminent danger of serious physical injury.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's application for leave to proceed *in forma pauperis* (docket entry 1) be DENIED, and her complaint be DISMISSED WITHOUT PREJUDICE. If plaintiff wishes to

continue this case, she should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be reopened.

2. Plaintiff's motion to appoint counsel (docket entry 3) be DENIED.

3. The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Court's order and judgment would not be taken in good faith.

DATED this 11th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE